1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
7

**SEALED**

**FILED**

SEP 0 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE SEARCH OF:        CASE NO. 1:13 SW - 0 0 2 3 8 BAM
12  7232 E Jensen Avenue, Fresno, California
                                           ORDER FOR DESTRUCTION OF
13                                         BULK MARIJUANA SEIZURE

    The United States of America hereby applies to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of a search warrant in this matter pursuant to duly authorized search warrant, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

    Dated: September 3, 2013

                                           _____
                                           BARBARA A. McAULIFFE
                                           U.S. Magistrate Judge

Order for Destruction                     1